IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAFIQUR RAHMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv413-WHA |
| | )                         (WO) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No response having been filed by the Plaintiff to this court's order entered on August 4, 2008, and the court finding that the Motion to Dismiss (Doc. #11), filed by the United States on July 28, 2008, is due to be granted, it is hereby

ORDERED that the motion is GRANTED, and, pursuant to Rule 12(b)(1), *Fed.R.Civ.P.*, this case is DISMISSED for lack of subject matter jurisdiction.

DONE this 19th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE